IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARTHUR THOMPSON,**<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH OF PENNSYLVANIA,** *et al.*,<br><br>Defendants. | **CIVIL ACTION**<br><br>**NO. 25-2780-KSM** |

**ORDER**

**AND NOW** this 31st day of October, 2025, upon consideration of the Commonwealth of Pennsylvania's Motion to Dismiss (Doc. No. 6) Plaintiff's Complaint (Doc. No. 1), Plaintiff's Opposition (Doc. No. 11), court dockets of which the Court takes judicial notice, and as explained more fully in the accompanying memorandum, the Court orders as follows:

1. It is **ORDERED** that Plaintiff's Complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE** due to the doctrine of *res judicata*.

2. The Commonwealth's Motion to Dismiss (Doc. No. 6) is **DENIED WITHOUT PREJUDICE** as **MOOT**.

3. The Clerk is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**